

# NUMBER 13-25-00151-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**BARTOLOME PADRON,** **Appellant,**

**v.**

**THOMAS G. STAPLES,**
**KAREN STAPLES, INDIVIDUALLY**
**AND AS CO-TRUSTEES OF THE**
**STAPLES REVOCABLE TRUST,**
**GENE W. BLACKLOCK,**
**AND EZRA BURNS** **Appellees.**

---

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF LIVE OAK COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on its own motion. On March 24, 2025, appellant

attempted to appeal an order entered on March 10, 2025. On April 1, 2025, the Clerk of

the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellate Procedure 9.5, 25.1(d)(2), and 25.1(e). *See* TEX. R. APP. P. 9.5, 25.1(d)(2), 25.1(e). Appellant was also notified that if a proper notice of appeal was not filed within thirty days, the matter would be referred to the Court. Again, on May 15, 2025, the Clerk of the Court notified appellant that the notice of appeal was not in compliance with Texas Rules of Appellate Procedure 9.5, 25.1(d)(2), and 25.1(e). *See id.* Appellant was further notified that if the defects were not cured within ten days, the appeal would be dismissed. *See id.* R. 42.3.

Appellant has failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

YSMAEL D. FONSECA
Justice

Delivered and filed on the
26th day of June, 2025.

2